UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RAHEEM J. BRENNERMAN,

        Movant,

   -against-

UNITED STATES OF AMERICA,

        Respondent

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2022

22-cv-0996 (LAK)

[17-cr-0155 (LAK)]

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to movant's motion pursuant to 28 U.S.C. § 2255 [22-cv-0996 Dkt 1] no later than 60 days after the date of this order. Its attention is directed also to the order of today's date entered in the criminal case.

        SO ORDERED.

Dated:      February 7, 2022

                        Lewis A. Kaplan
                    United States District Judge