UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
RAHEEM J. BRENNERMAN,

                Movant,

       -against-                                     22-cv-0996 (LAK)
                                                                   [17-cr-0155 (LAK)]

UNITED STATES OF AMERICA,

                Respondent
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Raheem Brennerman was convicted by a jury of two counts of criminal contempt of court and sentenced principally to a term of imprisonment of 24 months. The conviction was affirmed by the Second Circuit and certiorari was denied. *United States v. Brennerman,* 816 Fed. App'x 583 (2d Cir. 2020), *cert. denied,* 141 S.Ct. 1442 (2022). On January 31, 2022, he filed this so-called "Omnibus Motion Including Motion for Collateral Attack Relief pursuant to 28 United States Code Section 2255 and Other Reliefs." Dkt.[1] 211. The application for "other reliefs" – recusal of the undersigned and a stay of enforcement of the criminal judgment – have been denied. Dkt. 213. What remains is the Section 2255 motion and a handful of additional and partly duplicative *pro se* filings by Brennerman (Dkts 227-229).

        The Section 2255 motion is entirely baseless for all of the reasons set forth in the government's letter memorandum in opposition (Dkt. 226).[2] There has been no showing of good cause for discovery in support of an effort by Brennerman to obtain any documents that ICBC (London) may have in London or that may be, or may have been, in the hands of the US Attorney's office or ICBC (London)'s counsel in the civil case in which the orders for violation of which

---

[1] Unless otherwise indicated, all docket references are to the docket sheet in 17-cr-0155 (LAK).

[2] In addition, the Court notes also that Brennerman's contention that this counsel in the criminal contempt case were constitutionally ineffective because they failed to seek discovery of the ICBC (London) documents under the Hague Evidence Convention or Fed. R. Civ. P. 28(b)(2) makes no sense. Neither is applicable in criminal cases.

2

Brennerman was prosecuted.

Accordingly, all of Brennerman's pending motions (including Dkts 226 and 227) are denied in the merits. A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. §1915(a)(3). The Clerk shall close 22-cv-0996 (LAK).

SO ORDERED.

Dated:  April 13, 2022

_____
Lewis A. Kaplan
United States District Judge