**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RAHEEM J. BRENNERMAN,

                Movant,                        22 **CIVIL** 996 (LAK)
                                                           17 **CR.** 155 (LAK)

        -against-

                                                              **JUDGMENT**

UNITED STATES OF AMERICA,
                Respondent.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 16, 2022, Movant's motion pursuant to 28 U.S.C. § 2255 (Dkt. 211) and his so-called Supplemental Motion (17-cr-155 (LAK), Dkt. 227; 22-cv-0996 (LAK), Dkt. 17) are denied in all respects. A certificate of appealability is denied, and the Court certifies that any appeal here would not be taken in good faith within the meaning of 28 U.S.C. §1915(a)(3); accordingly, case 22cv996 is closed.

**DATED:**  New York, New York
              May 17, 2022

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                **BY:**     _K. Mango_
                                                          **Deputy Clerk**