UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
RAHEEM J. BRENNERMAN,

                Movant,

    -against-

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------x

22-cv-0996 (LAK)
[17-cr-0155 (LAK)]

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       To whatever extent a certificate of appealability is required for defendant's appeal of the Court's March 22, 2023 order, *see* Dkt No. 43, which is not at all clear, certificate of appealability is denied.

       SO ORDERED.

Dated:    May 17, 2023

                                              Lewis A. Kaplan
                                         United States District Judge